UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 30, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:18-PO-00046-CKD |
| v. | ) | ORDER FOR RELEASE OF |
| RICK L. MARIER, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RICK L. MARIER</u>, Case No. <u>2:18-PO-00046-CKD</u>, Charge <u>Failure to Appear</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)     <u>Dft shall pay $10 special assessement within 24 hours.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>September 30, 2019</u> at <u>2:55</u> <u>pm</u>..

                              By   /s/ Deborah Barnes
                                    Deborah Barnes
                                    United States Magistrate Judge